**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action Number 1:20-cv-03297-NRN

MICHAEL LEAGO and IHE PRODUCTIONS, LLC,
Plaintiffs,

v.

JEREMY RICKS,
Defendant.

## NOTICE OF RELATED CASE

Pursuant D.C.COLO.LCivR 3.2, notice is hereby given that a related civil action has been filed on February 19, 2021 in Colorado District Court, Boulder County captioned Front Range Harvest LLC et al v. Leago, Michael et al, case number, 2021CV030155. This pending case in the Colorado District Court involves substantially the same matters and parties, and arises out of the identical transactions and events underlying the current action before this Court.

Dated: February 22, 2021

                                        CALLAGY LAW, P.C.

By:   */s/ Michael J. Smikun*____
       Michael J. Smikun, Esq.
       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Ghislaine G. Torres Bruner, Esq.
Gabriel Levinson, Esq.
Darnell S. Stanislaus, Esq.
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Email:gbruner@polsinelli.com
glevinson@polsinelli.com
dstanislaus@polsinelli.com

*s/ Michael J. Smikun, Esq.*